UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN CONATY,<br><br>               Defendant. | CASE NO. 2:21-cv-00991-TSZ-JRC<br><br>ORDER TO SHOW CAUSE RE PERSONAL SERVICE |

    This matter is before the Court on referral from the District Court and on defendant's failure to return a service waiver.

    On November 11, 2021, this Court directed service of plaintiff's complaint on John Conaty. *See* Dkt. 13. The Court directed the Clerk to send defendant a waiver of service and informed defendant that if he failed to waive service within 30 days he would be personally served at his own expense. *Id.* at 2.

    Defendant has not returned a service waiver and no attorney has entered an appearance for defendant. The Court has no jurisdiction over defendant until he has been properly served

ORDER TO SHOW CAUSE RE PERSONAL SERVICE
- 1

under Federal Rule of Civil Procedure 4. *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Under Local Civil Rule 4(c)(2), the Court may order that service be made by a United States marshal. However, in this district, the marshals do not attempt personal service upon a defendant unless mail service is unavailing.

As such, the Court **ORDERS** defendant John Conaty to show cause by **January 28, 2022**, why he should not be personally served at his own expense for failure to file a service waiver. Defendant may satisfy this show cause order by filing a waiver of service.

Dated this 12th day of January, 2022.

J. Richard Creatura
Chief United States Magistrate Judge