1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

TERRANCE JOE QUINLAN,

8

Plaintiff,

9

v.

10

JOHN CONATY,

11

Defendant.

C21-991 TSZ-JRC

ORDER

12

13

14

15

THIS MATTER comes before the Court on the Report and Recommendation

("R&R") of the Honorable J. Richard Creatura, Chief Magistrate Judge, docket no. 27.

Having reviewed the R&R, to which no objections were filed, the Court hereby finds and

ORDERS:

16

(1)     The R&R, docket no. 27, is ADOPTED;

17

(2)     Defendant's motion to dismiss, docket no. 18, is GRANTED;

18

19

(3)     Plaintiff's claim under the Fourth Amendment is DISMISSED with leave to

amend.  Plaintiff's amended complaint must be filed by April 28, 2022;

20

21

(4)     Plaintiff's claims under the Fifth and Fourteenth Amendments are

DISMISSED without prejudice and without leave to amend;

22

23

ORDER - 1

1          (5)      The Clerk is directed to send copies of this Order to Plaintiff pro se, all

2   counsel of record, and Judge Creatura.

3          Dated this 29th day of March, 2022.

4                                                          _____
                                                           Thomas S. Zilly
5                                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2