UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>             Plaintiff,<br><br>    v.<br><br>JOHN CONATY,<br><br>             Defendant. | CASE NO. 2:21-cv-00991-TSZ-JRC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter is before the Court on referral from the district court and on plaintiff's motion for reconsideration. *See* Dkt. 42.

Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule ("LCR") 7(h)(1). A motion for reconsideration must be filed "within fourteen days after the order to which it relates[.]" LCR 7(h)(2).

1  Plaintiff moves the Court to reconsider its report and recommendation from March 1,
2  2022, which recommended that the District Court dismiss plaintiff's claims under the Fifth and
3  Fourteenth Amendments. *See id.* at 1. Well over fourteen days have passed since the Court
4  issued its report and recommendation and the District Court already adopted the Court's report
5  and recommendation. *See* Dkts. 27, 28. Therefore, plaintiff's motion for reconsideration is
6  untimely and could be denied on this basis alone. *See United States v. Washington*, 20 F. Supp.
7  3d 986, 1055 n.1 (W.D. Wash. 2013). However, even if plaintiff had timely filed his motion, he
8  fails to show either manifest error or new facts or legal authority entitling him to relief.
9  Accordingly, plaintiff's motion for reconsideration is denied.
10  Dated this 24th day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge