UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE JOE QUINLAN,

        Plaintiff,

  v.

JOHN CONATY,

        Defendant.

C21-991 TSZ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, Chief Magistrate Judge, docket no. 37. Having reviewed the R&R, Plaintiff's objections, docket nos. 41 and 45, and the remaining record, the Court hereby finds and ORDERS:

(1) The R&R, docket no. 37, is ADOPTED, and the case is referred back to Judge Creatura for further proceedings;

(2) Defendant's motion to dismiss, docket no. 30, is GRANTED;

(3) Plaintiff's Fourth Amendment claim is dismissed with leave to amend. Plaintiff must file any amended complaint within 30 days of this Order;

(4)     Plaintiff's Eighth Amendment claim and all claims brought in defendant's official capacity are dismissed without leave to amend;

(5)     Plaintiff's "supplement" to his second amended complaint, docket no. 32, is STRICKEN;

(6)     The Clerk is directed to send a copy of this Order to Plaintiff along with the appropriate forms for an incarcerated person to file a 42 U.S.C. § 1983 civil rights complaint.  The Clerk is further directed to send a copy of this Order to counsel for Defendant and to Judge Creatura.

Dated this 21st day of July, 2022.

_____
Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2