UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE JOE QUINLAN,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHN CONATY,<br><br>                Defendant. | CASE NO. 2:21-cv-00991-TSZ-JRC<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME |

This matter is before the Court on referral from the district court and on plaintiff's motions for an extension of time to file his amended complaint. *See* Dkts. 52, 53. Defendant did not respond.

On July 21, 2022, the Honorable Judge Zilly adopted this Court's report and recommendation and granted plaintiff leave to file an amended complaint within 30 days. *See* Dkt. 49 at 1. On August 19, 2022, plaintiff filed a motion for a two-week extension of time to file his amended complaint because he did not have access to the law library. *See* Dkt. 52. That motion was noted for consideration on September 2, 2022. *See id.* On August 29, 2022, plaintiff

1  filed a second motion for an extension of time for the same reason. *See* Dkt. 53. That motion is

2  noted for consideration on September 16, 2022. *See id.* On September 6, 2022, plaintiff filed his

3  amended complaint. *See* Dkt. 54.

4        The Court renotes plaintiff's second motion (Dkt. 53) to the date of this order and,

5  finding good cause, grants plaintiff's motions for extension of time to file his amended

6  complaint. Dkts. 52, 53. Plaintiff's amended complaint is accepted as timely filed.

7        Dated this 9th day of September, 2022.

J. Richard Creatura
Chief United States Magistrate Judge