UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE JOE QUINLAN,

        Plaintiff,

  v.

JOHN CONATY,

        Defendant.

C21-0991 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's request for excerpts of record, docket no. 91, is GRANTED, and the Clerk is DIRECTED to forward plaintiff copies of docket nos. 54, 58, 60, 61, 63, 64, 66, 67, 68, 69, 71, 73, 75, 76, 77, 78, 79, and 82.

(2) The Clerk is further DIRECTED to send a copy of this Minute Order to plaintiff and all counsel of record.

Dated this 26th day of July, 2023.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 1